IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.: 11-cv-20115-KING

STOYAN IVANOV INDZHOV,

   Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

   Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS CAUSE is before the Court upon Defendant's Motion to Compel Arbitration (DE #4), filed January 19, 2011.[1] The Court, having considered the Motion and the legal arguments of the parties, finds that Defendant's Motion shall be granted under the same arbitration analysis applied by this Court in *Orozco v. Princess Cruise Line, Ltd.*, No. 10-23276-CV-KING, 2010 WL 3942854 (S.D. Fla. Oct. 7, 2010).[2] Plaintiff has cited no basis for varying this Court's earlier decision as to the arbitrability of such an action.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED, and DECREED** that:

1. Defendant's Motion to Compel Arbitration (DE #4) is hereby **GRANTED in PART**.

---

[1] The parties have thoroughly briefed the issues raised by Defendant's Motion: Plaintiff filed a Response (DE #9) on February 3, 2011, to which Defendant filed its Reply (DE #13) on February 17, 2011. As such, the underlying motion is ripe for determination.

[2] Insomuch as Plaintiff's claim for Maintenance and Cure does not arise under United States statutory law, the Court holds that American general maritime common law should be applied by the arbitrator where necessary.

2. The choice of law provision is hereby **STRICKEN** from Plaintiff's Principle Terms and Conditions of Employment and shall be treated by the parties as null and void.

3. Plaintiff's claims shall be **SUBMITTED TO ARBITRATION** in accordance with the arbitration clause of the Acceptance of Terms and Conditions and the Principle Terms and Conditions of Employment, and the arbitrator shall **APPLY** United States statutory and general maritime common law.

4. The above-styled matter is **STAYED**. The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

5. The Court **RETAINS** jurisdiction for enforcement of the arbitral award, if appropriate.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Dade County, Florida, this 28th day of February, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Counsel for Plaintiff**
**Glenn J. Holzberg**
Law Offices of Glenn J Holzberg
7685 SW 104th Street
Suite 220
Miami, FL 33156-3151
305-668-6410
Fax: 667-6161
Email: glenn@holzberglegal.com

**James Madison Walker**
Walker & O'Neill PA
7301 SW 57th Court
Plaza 57 Suite 430
South Miami, FL 33143
305-995-5300
Fax: 995-5310
Email: jwalker@cruiselaw.com

**Counsel for Defendant**
**Jerry Dean Hamilton**
Hamilton Miller & Birthisel LLP
150 SE 2nd Avenue
Suite 1200
Miami, FL 33131
305-379-3686
Fax: 379-3690
Email: jhamilton@hamiltonmillerlaw.com

**Gilda M. Chavez**
430 N.W. 127th Avenue
Miami, FL 33182
305-479-8613
Fax: 305-225-0286
Email: gildachavez@hotmail.com